**Bob J. SETTLE, Appellant,**

v.

**CITY OF GLADSTONE, Missouri, et al., Respondents.**

**No. WD 41737.**

Missouri Court of Appeals, Western District.

Jan. 16, 1990.

Bob J. Settle, pro se.

Leary G. Skinner, Liberty, for City of Kansas City.

E. David Swartzbaugh, Kansas City, for Joseph McHale, et al.

Terry Lynn Karnaze, Kansas City, for City of Gladstone, et al.

Michael P. Joyce, Kansas City, for James Wyrsch.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Appellant, Bob J. Settle, appeals the dismissal with prejudice of his First Amended Petition purporting to state federal statutory claims under 42 U.S.C. §§ 1981, 1983 and 1985, claims under Article I §§ 14, 15, 21 and 23 of the Missouri Constitution, and Missouri common law claims of "false arrest, false imprisonment, conspiracy, mali-

cious prosecution, abuse of process and [denial of] due process because of the unjust and illegal acts of defendants."

Judgment affirmed. Rule 84.16(b).